# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MORISSA JACKSON**  **PLAINTIFF**
ADC #713063

v.   Case No. 1:17-cv-00114-KGB-PSH

**R. AYERS**, *et al.*,  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Morissa Jackson's amended complaint for failure to state a claim upon which relief may be granted (Dkt. No. 4). The Court finds that this dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be in good faith.

It is so ordered this 11th day of February, 2019.

_____
Kristine G. Baker
United States District Judge