IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MORISSA JACKSON**                                                                           **PLAINTIFF**
**ADC #713063**

v.                        **Case No. 1:17-cv-00114-KGB-PSH**

**R. AYERS,** *et al.*,                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Morissa Jackson's claims against defendants are dismissed without prejudice.

So adjudged this the 11th day of February, 2019.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge